DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY BURLIUK HOLT,**
Appellant,

v.

**LIGHTHOUSE BAY CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2025-0869

[April 16, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink, Judge; L.T. Case No. 062019CA020330AXXXCE.

Anthony Brown and Jeff Brown of Lavalle, Brown & Ronan, P.A., Boca Raton, for appellant.

Lawrence A. Shendell of Shendell & Associates, P.A., Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***